UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KASSANDRA LEE HENDRICKS,

    Plaintiff,

v.

                                      Case No. 1:20-cv-1151

COMMISSIONER OF SOCIAL SECURITY,        HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is a motion for attorney fees and costs under the Equal Access to Justice Act.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 12, 2021, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 24) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion for attorney fees and costs (ECF No. 21) is GRANTED.

**IT IS FURTHER ORDERED** that defendant shall pay plaintiff's attorney fees in the amount of $5,267.50 and expenses in the amount of $103.55, for a total award of $5,371.05.

Dated:  October 27, 2021                                    /s/  Paul L. Maloney
                                                                           Paul L. Maloney
                                                                               United States District Judge